1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10

| UNITED STATES OF AMERICA, | No. CR 08-00889 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING TIME TO APPEAL ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND DENYING CERTIFICATE OF APPEALABILITY** |
| OWEN DUNN, | |
| Defendant. / | |

On July 8, 2011, an order entered denying defendant's motion for reconsideration and

denying certificate of appealability of order denying defendant's motion under Section 2255.

Through inadvertent error on the part of the Court, defendant was not served with the order when

it issued. Defendant has since been served with a copy of the order and now requests "an

extension of time of filing a COA to the Ninth Circuit Court of Appeals." The time for appeal of

the order denying defendant's motion for reconsideration and denying certificate of appealability

of order denying defendant's motion under Section 2255 shall commence with the date of this

order.

The **CLERK** shall immediately serve this order on defendant.


**IT IS SO ORDERED.**


Dated: March 29, 2012.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE