IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00889 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR JUDICIAL NOTICE** |
| OWEN DUNN, | |
| Defendant. / | |

Defendant Owen Dunn has filed a request pursuant to Federal Rule of Evidence 201 that the Court take judicial notice "that [defendant] has filed . . . a criminal complaint against the original lab technician Debbie Madden, Attorney Laura Suzanne Robinson and AUSA's [sic] who have prosecuted the above case's-in-chief [sic] and subsequent post conviction proceeding's [sic] for submitting fraudulent documentation in said proceeding's [sic] and crimes established as a result by and through said documents" (Dkt. No. 83). There is no need to take judicial notice at this time. The request for judicial notice is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE